## GAMMAGE *v.* GAMMAGE.

FISH, C. J. The granting of temporary alimony and counsel fees in a divorce case is in the discretion of the trial judge. Under the conflicting evidence in this case such discretion was not abused; and the finding and judgment of the lower court granting temporary alimony and counsel fees in stated amounts will not be disturbed. *Smith* v. *Smith,* 125 *Ga.* 384 (53 S. E. 958).

*Judgment affirmed. All the Justices concur.*

No. 3039. NOVEMBER 16, 1922.

Temporary alimony, etc. Before Judge Littlejohn. Sumter superior court. December 16, 1921.

*O. S. Pace* and *W. W. Dykes,* for plaintiff in error.

*Shipp & Sheppard,* contra.